**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Wesley Joseph SLANINA, also known as Wesley J. Slanina, Defendant–Appellant.**

**No. 00–20926.**

United States Court of Appeals, Fifth Circuit.

Nov. 27, 2002.

Kathlyn Giannaula Snyder (argued), James Lee Turner, Asst. U.S. Attys., Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Fed. Pub. Def., Timothy William Crooks, Asst. Fed. Pub. Def., Renata Ann Gowie, Asst. U.S. Atty., Houston, TX, for Defendant–Appellant.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

Before JOLLY, SMITH and BENAVIDES, Circuit Judges.

BY THE COURT:

IT IS ORDERED that appellant's motion for summary remand is GRANTED. We view the Supreme Court order of remand to this court as vacating the judgment of this court, not the judgment and conviction of the district court. We remand to the district court, as suggested by both parties, so that the district court may decide in the first instance the impact of *Ashcroft v. Free Speech Coalition*, 535 U.S. 234, 122 S.Ct. 1389, 152 L.Ed.2d 403 (2002), on the judgment of conviction and sentence.